IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK WILSON, | ) | No. C 13-2436 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR DISPOSITIVE MOTION |
| vs. | ) ) ) | |
| WILLIAM KNIPP, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 8) |

Petitioner, proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 12, 2013, the court issued an order to show cause directing respondent to file an answer or dispositive motion within sixty days. (Docket No. 6.) Respondent has filed a motion requesting an extension of time to file a response to the order to show cause. (Docket No. 8.)

Respondent's motion is **GRANTED**. Respondent shall file an answer or dispositive motion **no later than December 8, 2013**. Petitioner may file a traverse **within thirty (30) days** after an answer is filed. If respondent files a dispositive motion, petitioner shall file an opposition **within twenty-eight (28) days** after a dispositive motion is filed and respondent may file a reply **within fourteen (14) days** thereafter.

//

//

//

Order Granting Motion for Extension of Time to File Answer or Disp. Mot.
G:\PRO-SE\RMW\HC.13\Wilson436eot-ans.wpd

1 | This order terminates docket number 8.
2 | IT IS SO ORDERED.
3 | DATED: _____

RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON,<br><br>      Plaintiff,<br><br>  v.<br><br>WILLIAM KNIPP et al,<br><br>      Defendant. | Case Number: CV13-02436 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Wilson T50230
Mule Creek State Prison
PO Box 409099
Ione, CA 95640

Dated: November 27, 2013

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk