IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK WILSON,** | Case No. C 13-2436 RMW (PR) |
| Petitioner, | **[ ] ORDER** |
| v. | |
| **WILLIAM KNIPP, Warden,** | |
| Respondent. | |

    Good cause appearing, respondent may have until February 11, 2014, in which to file a response to the order to show cause. Petitioner may file a traverse 30 days after receipt of the answer or response.

Dated: 2/3/14

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[ ] Order (C 13-2436 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRICK WILSON,

          Plaintiff,

  v.

WILLIAM KNIPP et al,

          Defendant.

Case Number: CV13-02436 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Wilson T50230
Mule Creek State Prison
PO Box 409099
Ione, CA 95640

Dated: February 3, 2014

          Richard W. Wieking, Clerk
          By: Jackie Lynn Garcia, Deputy Clerk