IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK WILSON, | ) | No. C 13-2436 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WILLIAM KNIPP, | ) | |
| Respondent. | ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\HC.13\Wilson436jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRICK WILSON,

        Plaintiff,

  v.

WILLIAM KNIPP et al,

        Defendant.

Case Number: CV13-02436 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 7, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Wilson T50230
Mule Creek State Prison
PO Box 409099
Ione, CA 95640

Dated: April 7, 2015

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk